

Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNDER SEAL,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNDER SEAL,<br><br>        Defendants. | NO.   C09-5558-RBL<br><br>**FILED UNDER SEAL** |



09-CV-05558-ORD

United States Attorney
700 Stewart Street, Ste. 5220
Seattle, Washington 98101
(206) 553-7970

Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. SHEILA REIBER,<br><br>                    Plaintiffs,<br>          v.<br><br>BASIC CONTRACTING SERVICES, INC., a New Mexico Corporation,<br><br>                    Defendant. | No. C09-5558-RBL<br><br>**FILED UNDER SEAL** |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby ORDERED that:

1. the Complaint be unsealed and served upon the defendant by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and the United States' Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the Complaint;

3. the seal be lifted as to all other matters occurring in this action <u>after</u> the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting

ORDER UNITED STATES' NOTICE OF ELECTION TO DECLINE
INTERVENTION AND MOTION TO LIFT THE SEAL – 1
(C09-5558-RBL)
FILED UNDER SEAL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United
2  States may order any deposition transcripts and is entitled to intervene in this action, for good
3  cause, at any time;
4     5. the parties shall serve all notices of appeal upon the United States;
5     6. all orders of this Court shall be sent to the United States; and that
6     7. should the relator or any defendant propose that this action be dismissed, settled, or
7  otherwise discontinued, the Court will provide the United States with notice and an opportunity
8  to be heard before ruling or granting its approval.
9     IT IS SO ORDERED,
10    DATED this _10th_ day of June, 2011.

RONALD B. LEIGHTON
United States District Judge

15 Presented by:

HAROLD MALKIN
Assistant United States Attorney

---

**ORDER** UNITED STATES' NOTICE OF ELECTION TO DECLINE
INTERVENTION AND MOTION TO LIFT THE SEAL – 2
(C09-5558-RBL)
**FILED UNDER SEAL**

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970