1

2

3

4

5

6

7

8

9

10

11

12

13

14

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. by SHEILA REIBER,<br><br>                    Plaintiff,<br><br>        vs.<br><br>BASIC CONTRACTING SERVICES, INC., a New Mexico Corporation,<br><br>                    Defendant. | NO.  09-5558 RBL<br><br>EX PARTE MOTION FOR EXTENSION OF TIME FOR RELATOR TO SERVE DEFENDANT WITH UNSEALED COMPLAINT and DECLARATION IN SUPPORT<br><br>Noted on Motion Calendar<br>**September 29, 2011** |

15   COMES NOW the Relator, Sheila Reiber, and hereby requests an extension of the time

16   to serve Defendant with the Complaint.

17   The United States declined to intervene in this False Claims Act lawsuit, and this Court,

18   by Order dated June 10, 2011, instructed Relator to serve Defendant with the Complaint.  The

19   undersigned counsel, due to workload issues, is not be able to litigate the case going forward as

20   sole counsel.  Unless Relator timely finds either substitute counsel or primary counsel, Teller &

21   Associates, PLLC intends to withdraw, or in the alternative, with Relator's consent allow the

22   case to be dismissed without prejudice.

23   Relator timely found potential counsel who chose to delay in reviewing the matter and

24   then recently declined to proceed.  This delay has hindered Relator in the ability to find another

25   attorney, through no fault of her own.  Relator has since identified at least two other lawyers

**EX PARTE MOTION FOR EXTENSION OF TIME FOR RELATOR TO SERVE DEFENDANT WITH UNSEALED COMPLAINT - 1**

**Teller & Associates, PLLC**
1139 34th Ave, Ste B
Seattle, WA  98122
(206) 324-8969  Fax: 860-3172

1  who are interested in the case, but who need time to review the matter before deciding to litigate

2  it.  The undersigned's files and records have been shared under attorney/client privilege with

3  these additional counsel simultaneously with this filing.  Relator is making a diligent effort to

4  secure counsel.

5      The time to serve Defendant expires on October 10, 2011.  Relator requests an additional

6  60 days to locate counsel and effectuate service.

7      The United States indicated it has no objection to the undersigned's request.

8      The foregoing is sworn to under penalty of perjury by the undersigned counsel on the

9  below date at Seattle, Washington.

10  DATED this 29th day of September, 2011.

11

12  _____

Stephen A. Teller, WSBA #23372
13  Attorney for Relator Reiber

14

15

16

17

18

19

20

21

22

23

24

25

**EX PARTE MOTION FOR EXTENSION OF**
**TIME FOR RELATOR TO SERVE**
**DEFENDANT WITH UNSEALED**
**COMPLAINT - 2**

**Teller & Associates, PLLC**
1139 34th Ave, Ste B
Seattle, WA  98122
(206) 324-8969  Fax: 860-3172

CERTIFICATION OF SERVICE

I hereby certify that on or about this 29th of September, 2011, I served the foregoing **EX PARTE**

**MOTION FOR EXTENSION OF TIME FOR RELATOR TO SERVE DEFENDANT WITH**

**UNSEALED COMPLAINT** on the following parties at the following addresses:

(i)  Counsel for Defendants:

Defendant has not yet been served.

(ii)  Counsel for United States:

Harold Malkin
United States Attorney's Office
700 Stewart St Ste 5220
Seattle, WA  98101-1271
Phone:  206 553 4319
Harold.malkin@usdoj.gov

By causing a true and correct copy thereof to be served by the Court's CM/ECF service.

_____

**EX PARTE MOTION FOR EXTENSION OF**
**TIME FOR RELATOR TO SERVE**
**DEFENDANT WITH UNSEALED**
**COMPLAINT - 3**

**Teller & Associates, PLLC**
1139 34th Ave, Ste B
Seattle, WA  98122
(206) 324-8969   Fax: 860-3172