1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. by SHEILA REIBER,<br><br>                    Plaintiff,<br><br>vs.<br><br>BASIC CONTRACTING SERVICES, INC., a New Mexico Corporation,<br><br>                    Defendant. | NO.  09-5558 RBL<br>[proposed]<br>ORDER GRANTING EX PARTE MOTION FOR EXTENSION OF TIME FOR RELATOR TO SERVE DEFENDANT WITH UNSEALED COMPLAINT and DECLARATION IN SUPPORT<br><br>Noted on Motion Calendar<br>**September 29, 2011** |

This matter has come on before the Court upon Motion of the Relator, Sheila Reiber, who requests an additional 60 days to serve Defendant with the Complaint.

This Court issued an order requiring Relator to serve Defendant with the Complaint. By operation of Fed.R.Civ.P. 4(m), Relator has 120 days from that June 10, 2011 Order. That time would expire on October 10, 2011. Rule 4(m) also allows this Court upon a showing of good cause to extend the time for service. Relator's counsel declares that Relator has been diligent in seeking counsel but has been delayed through no fault of her own. Good cause exists where Relator has made diligent efforts.

/

//

| | |
|---|---|
| ORDER GRANTING RELATOR'S EX PARTE MOTION FOR EXTENSION OF TIME FOR RELATOR TO SERVE DEFENDANT WITH UNSEALED COMPLAINT - 1 | Teller & Associates, PLLC<br>1139 34th Ave, Ste B<br>Seattle, WA  98122<br>(206) 324-8969   Fax: 860-3172 |

1   Therefore it is hereby ordered:  The Relator's Motion is hereby Granted.

2   DATED this ____ day of September, 2011.

3

  _____
4   **Ronald B. Leighton**
   **United States District Court Judge**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING RELATOR'S EX PARTE MOTION FOR EXTENSION OF TIME FOR RELATOR TO SERVE DEFENDANT WITH UNSEALED COMPLAINT - 2

Teller & Associates, PLLC
1139 34th Ave, Ste B
Seattle, WA  98122
(206) 324-8969  Fax: 860-3172