1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. by SHEILA REIBER, | NO.  09-5558 RBL |
| Plaintiff, | ORDER GRANTING EX PARTE MOTION FOR EXTENSION OF TIME FOR RELATOR TO SERVE DEFENDANT WITH UNSEALED COMPLAINT and DECLARATION IN SUPPORT |
| vs. | |
| BASIC CONTRACTING SERVICES, INC., a New Mexico Corporation, | |
| Defendant. | |

10

11

12

13

14

15

16

17    This matter has come on before the Court upon Motion of the Relator, Sheila Reiber, who requests an additional 60 days to serve Defendant with the Complaint.

18    This Court issued an order requiring Relator to serve Defendant with the Complaint.  By

19    operation of Fed.R.Civ.P. 4(m), Relator has 120 days from that June 10, 2011 Order.  That time

20    would expire on October 10, 2011.  Rule 4(m) also allows this Court upon a showing of good

21    cause to extend the time for service.  Relator's counsel declares that Relator has been diligent in

22    seeking counsel but has been delayed through no fault of her own.  Good cause exists where

23    Relator has made diligent efforts.

24    /

25    //

**ORDER GRANTING RELATOR'S EX PARTE MOTION FOR EXTENSION OF TIME FOR RELATOR TO SERVE DEFENDANT WITH UNSEALED COMPLAINT - 1**

Teller & Associates, PLLC
1139 34th Ave, Ste B
Seattle, WA  98122
(206) 324-8969  Fax: 860-3172

1    Therefore it is hereby ordered:  The Relator's Motion is hereby Granted.

2    DATED this 5th day of October, 2011.

3

4    _____

5    RONALD B. LEIGHTON
     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**ORDER GRANTING RELATOR'S EX**
**PARTE MOTION FOR EXTENSION OF**
**TIME FOR RELATOR TO SERVE**
**DEFENDANT WITH UNSEALED**
**COMPLAINT - 2**

**Teller & Associates, PLLC**
1139 34th Ave, Ste B
Seattle, WA  98122
(206) 324-8969   Fax: 860-3172