1

Honorable Ronald B. Leighton

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

8

9

10  UNITED STATES OF            NO. 09-5558 RBL
     AMERICA, ex rel. by SHEILA
11  REIBER,                      EX PARTE MOTION FOR
                                 EXTENSION OF TIME FOR
12                Plaintiff,     RELATOR TO SERVE
                                 DEFENDANT WITH
13        vs.                    UNSEALED COMPLAINT
                                 AND DECLARATION IN
14  BASIC CONTRACTING            SUPPORT
     SERVICES, INC., a Corporation,
15                               
                  Defendant.
16
                                 NOTE ON MOTION CALENDAR:
17                               November 29, 2011

18

19      COMES NOW the Relator, Sheila Reiber, and hereby requests an extension

20  of the time to serve Defendant with the Complaint. Current counsel seeks an

21  association or withdrawal from the case, while assisting Ms. Reiber with finding

22  additional counsel. That effort is progressing. This is a request for an additional

23  short extension of time to serve the matter so that prospective counsel can obtain

24  documents and make a final determination regarding his involvement.

25      **FACTS, LAW, and RELIEF REQUESTED**

26      The United States declined to intervene in this False Claims Act lawsuit, and

27  this Court, by Order dated June 10, 2011, instructed Relator to serve Defendant

28
MOTION FOR EXTENSION OF TIME AND            **Teller & Associates, PLLC**
DECL. IN SUPPORT                            1139 34th Ave, Ste B
[09-5558 RBL] - 1                           Seattle, WA 98122
                                            (206) 324-8969 Fax: 860-3172

1   with the Complaint. The undersigned counsel, due to workload issues, will not be

2   able to litigate the case going forward as sole counsel. Unless Relator timely finds

3   either substitute counsel or primary counsel, Teller & Associates, PLLC intends to

4   withdraw, or in the alternative, with Relator's consent allow the case to be

5   dismissed without prejudice.

6       Relator timely found potential counsel, who chose to delay in reviewing the

7   matter and then recently declined to proceed.  Based on that delay, this Court

8   granted an extension of time to serve the defendant until December 9, 2011, and

9   Relator has been diligently searching for new counsel.  It is the undersigned

10  understanding and belief that Relator has made diligent and timely efforts to find

11  counsel, with moderate but not complete success.  A current candidate identified

12  has asked that the undersigned seek this additional extension.

13      The Relator has spoken with several additional attorneys, and met with

14  **Keith Scully of Newman Du Wors LLP** on November 15, 2011.  Mr. Scully

15  reviewed the case, and asked Relator for additional information before deciding

16  whether to represent her.

17      Relator previously submitted a Freedom of Information Act request to the

18  United States Navy that she believes will provide her with the information

19  necessary for potential new counsel to evaluate the case.  A response was due from

20  the Navy on November 28, 2011.  However, Relator has not yet received any

21  information.

22      Fed. R. Civ. P. 4(m) allows this Court to continue the deadline for serving

23  the complaint for good cause.  Relator believes an additional sixty days will allow

24  her to accumulate the information necessary to locate new counsel, and

25  accordingly moves the court for a second sixty day extension.  The undersigned

26  counsel will not be requesting an additional extension hereafter, but will either find

27  counsel or withdraw before any subsequent deadline the Court may issue.  At this

28

MOTION FOR EXTENSION OF TIME AND
DECL. IN SUPPORT
[09-5558 RBL] - 2

**Teller & Associates, PLLC**
1139 34th Ave, Ste B
Seattle, WA  98122
(206) 324-8969  Fax: 860-3172

1   time, however, the undersigned respectfully states that in his understanding and

2   belief it is reasonably likely that Relator will find alternate or additional counsel,

3   and respectfully requests this extension be granted.

4   　　　Foregoing facts are sworn to under penalty of perjury by the undersigned

5   counsel on the below date at Seattle, Washington.

6   DATED this 29th day of November, 2011.

7

8   Teller & Associates, PLLC, by:

9

10

11

12   Stephen Teller, WSBA #23372
     **Teller & Associates, PLLC**

13   1139 34th Ave, Ste B
     Seattle, WA  98122

14   (206) 324-8969   Fax: 860-3172

15   steve@stellerlaw.com

16

17

18

19

20

21

22

23

24

25

26

27

28   MOTION FOR EXTENSION OF TIME AND
     DECL. IN SUPPORT
     [09-5558 RBL] - 3

     **Teller & Associates, PLLC**
     1139 34th Ave, Ste B
     Seattle, WA  98122
     (206) 324-8969   Fax: 860-3172