Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. by SHEILA REIBER,<br><br>            Plaintiff,<br><br>vs.<br><br>BASIC CONTRACTING SERVICES, INC., a Corporation,<br><br>            Defendant. | NO.  09-5558 RBL<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR RELATOR TO SERVE DEFENDANT WITH UNSEALED COMPLAINT |

    This matter has come on before the Court upon Motion of the Relator, Sheila Reiber, who requests an additional 60 days to serve Defendant with the Complaint.

    Initially, this Court issued an order requiring Relator to serve Defendant with the Complaint. By operation of Fed.R.Civ.P.4(m), Relator had 120 days from that June 10, 2011 Order. This Court subsequently extended the date for service until December 9, 2011. Rule 4(m) allows this Court, upon a showing of good cause, to extend the time for service. Relator's counsel declares that Relator has been diligent in seeking counsel but has been delayed through no fault of her own. Good cause exists where Relator has made diligent efforts.

| | |
|---|---|
| [proposed]<br>ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR RELATOR TO SERVE DEFENDANT WITH UNSEALED COMPLAINT<br><br>[09-5558 RBL] - 1 | **Teller & Associates, PLLC**<br>1139 34th Ave, Ste B<br>Seattle, WA  98122<br>(206) 324-8969   Fax: 860-3172 |

1

2  Therefore it is hereby ordered: The Relator's Motion is hereby **GRANTED**.

3  Relator shall serve Defendant with the Complaint on or before February 10, 2012.

4  DATED this 30th day of November, 2011.

5

6

7

8  _____
   RONALD B. LEIGHTON
9  UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27 [proposed]
   ORDER GRANTING MOTION FOR
   EXTENSION OF TIME FOR RELATOR TO
28 SERVE DEFENDANT WITH UNSEALED
   COMPLAINT

**Teller & Associates, PLLC**
1139 34th Ave, Ste B
Seattle, WA  98122
(206) 324-8969   Fax: 860-3172

[09-5558 RBL] - 2