## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. by SHEILA REIBER,,<br><br>Petitioner,<br><br>v.<br><br>BASIC CONTRACTING SERVICES, INC., et al.<br><br>Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C09-5558RBL |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendant's Motion to Dismiss is GRANTED.  This case is DISMISSED with prejudice.

Dated: March 12, 2013

William M. McCool
Clerk

Deputy Clerk